UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| KENT WONG, derivatively on behalf of GROUPON, INC., | ) ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | **Case No. 12-2682** |
| ANDREW D. MASON, PETER J. BARRIS, KEVIN J. EFRUSY, MELLODY HOBSON, BRADLEY A. KEYWELL, ERIC P. LEFKOFSKY, THEODORE J. LEONSIS and HOWARD SCHULTZ | ) ) ) ) ) | **Hon. Matthew F. Kennelly** |
| Defendants. | ) ) ) | |
| GROUPON, INC., | ) ) | |
| Nominal Defendant. | ) ) ) | |

## MOTION TO STRIKE ERRONEOUSLY FILED DOCUMENT

Plaintiff Kent Wong, by and through his undersigned counsel, respectfully requests that that this Court enter an order striking the PDF attachment linked to Document #1 from docket in this case as an erroneously filed document, and states in support as follows:

1. Undersigned counsel Edmund S. Aronowitz ("Aronowitz") initiated this action by opening a civil case using the Northern District of Illinois' Case Management/Electronic Case Filing System (CM/ECF).

2. When Aronowitz got to the step of selecting a PDF version of the complaint he wished to file for uploading onto CM/ECF, Aronowitz erroneously selected the wrong PDF file.

3. Aronowitz proceeded through the steps necessary for filing a complaint using CM/ECF but did not discover his error of selecting the wrong PDF file until after that file was irreversibly uploaded onto CM/ECF. As a result, the PDF file linked to Document #1 with

corresponding docket text "COMPLAINT Shareholders' Derivative Complaint filed by Kent Wong; Jury Demand. Filing fee $ 350, receipt number 0752-7042400. (Levitt, Adam)" is not a PDF of the document Aronowitz intended to upload as Plaintiff's Complaint in this action.

4. Upon discovering his error, Aronowitz immediately contacted the CM/ECF help desk to discus how his error could be corrected and was advised to file the actual complaint via CM/ECF and seek court permission to remove the erroneous filing from the docket.

5. Accordingly, Aronowitz promptly arranged to file the actual complaint using the CM/ECF system. As a result the, actual complaint is on the docket as Document #5 and the erroneous filing is at Document #1.

6. In order to follow the Clerk's directions and correct the docket, Aronowitz respectfully requests that the Court enter an order striking Document #1.

WHEREFORE, Plaintiff and undersigned counsel respectfully requests that the Court enter an order striking the PDF linked to Document #1 from docket in this case as an erroneously filed document.

Dated: April 12, 2012

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC

By: ___ /s/ Edmund S. Aronowitz_____
Adam J. Levitt
John E. Tangren
Edmund S. Aronowitz
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Tel: (312) 984-0000
Fax: (312) 984-0001
aronowitz@whafh.com

3

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
Fred Taylor Isquith
Martin E. Restituyo
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
Fax: (212) 545-4653